[No. 3885-1.    Division One.    March 29, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES F. OLIVIER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 7107, John E. Rutter, Jr., J., entered June 6, 1975. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams, C.J., and Andersen, J.

[No. 3820-1.    Division One.    March 29, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID WARREN HANSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 70456, Solie M. Ringold, J., entered March 26, 1975. *Dismissed* by unpublished per curiam opinion.

[No. 3581-1.    Division One.    March 29, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. DOROTHY L. RUSSELL, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 3019, Walter J. Deierlein, Jr., J., entered January 10, 1975. *Affirmed* by unpublished opinion per Callow, J., concurred in by Williams, C.J., and Swanson, J.

[No. 3703-1.    Division One.    March 29, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE EUGENE WALLS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 70498, Janice Niemi, J., entered March 31, 1975. *Affirmed* by unpublished per curiam opinion.